

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | |
| IN RE: | § | No. 08-19-00316-CV |
| | § | |
| TRANSMOUNTAIN PARTNERS, L.L.C., | | AN ORIGINAL PROCEEDING |
| | § | |
| | | IN MANDAMUS |
| Relator. | § | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Relator Transmountain Partners, L.L.C., has filed a mandamus petition against the Honorable Angie Juarez Barill, Judge of the 346th District Court. Relator alleges that Judge Barill improperly expunged a notice of lis pendens. Relator has also filed a motion for temporary relief. The petition for writ of mandamus and the motion for temporary relief are denied.

To be entitled to mandamus relief, a relator generally must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004)(orig. proceeding). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 135-36. The burden is on the relator to show he is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding). After reviewing the mandamus petition and record, we conclude that

Relator has failed to show that he is entitled to mandamus relief. Accordingly, we deny the motion for temporary relief and the petition for writ of mandamus.

GINA M. PALAFOX, Justice

January 24, 2020

Before Palafox, J., Chew, C.J. (Senior Judge), and Ferguson, Judge
Chew, C.J. (Senior Judge), sitting by assignment
Ferguson, Judge, sitting by assignment